

FILED

11/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0605

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0605

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

JIM CASSADY,

    Defendant and Appellant.

FILED

NOV 23 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for the Appellant Jim Cassady filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Cassady was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude there are no arguments with potential legal merit that could be raised in Cassady's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Cassady personally.

DATED this 24th day of November, 2020.

 

_____
Chief Justice

_____

_____

_____

_____

_____
Justices